UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.    14-11829 |
| | ) | CHAPTER    11 |
| RIVER TERRACE ESTATES, INC. | ) | REG/jd |
| | ) | |
| | ) | |
| Debtor | ) | |

**ORDER DENYING MOTION FOR ORDER SCHEDULING
HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT**

On July 23, 2014.

The debtor has filed a motion asking the court to schedule a hearing on its proposed disclosure statement for August 26. Its desired date nor time are not available on the court's calendar. The court also notes that the U.S. Trustee has scheduled the meeting of creditors in this case for September 3, and the court does not believe it would be appropriate to hold a hearing to consider the adequacy of a disclosure statement before creditors have had the opportunity to attend the § 341 meeting, examine the debtor and digest what they might learn. Furthermore, there is nothing in the motion that would indicate there are any particular time constraints associated with considering the issue. Accordingly, debtor's motion to schedule a hearing on its proposed disclosure statement for August 26, 2014, is DENIED. The court will, on its own initiative, schedule the proposed disclosure statement for a hearing at a more appropriate date and time.

SO ORDERED.

                                                 */s/ Robert E. Grant*
                                                 Chief Judge, United States Bankruptcy Court