UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 14-11829 |
| | ) | CHAPTER | 11 |
| RIVER TERRACE ESTATES, INC. | ) | REG/tk | |
| | ) | | |
| Debtor(s) | | | |

**ORDER CONFIRMING PLAN AS MODIFIED**

Dated on December 22, 2014.

A hearing with regard to confirmation of the proposed chapter 11 plan was held at Fort Wayne, Indiana, on December 17, 2014, with Jeffrey Hokanson, counsel for debtor, Susan Trent, counsel for The Bank of New York, and Leonard Copeland, counsel for the United States Trustee, present.

Debtor's amended chapter 11 plan, filed on October 15, 2014, as supplemented on November 19, 2014, is confirmed, provided that confirmation is without prejudice to the right of the other parties to executory contracts to challenge the amounts claimed to be in default.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court