**EXHIBIT A-1**

**NORTH SHORES CONSULTING INC.**                                          **INVOICE**

282 E. Sycamore Street
Columbus, OH  43206
Phone 443.745.0687  Email  tbrod@northshoresconsulting.com               INVOICE #11-14
                                                                          DATE: NOVEMBER 30, 2014

**TO:**                                        For: River Terrace Estates
Mr. David Stewart
Foundation for Health Care Continuums
2517 Myers Park Court
Brentwood, TN  37027

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| For services provided in November 2014 in connection with RTE's Chapter 11 filing on July 22, 2014 | 17.30 | $350/hr. | $6,055.00 |
| | | TOTAL | $6,055.00 |

Make all checks payable to North Shores Consulting Inc.

**Thank you for your business!**

**RIVER TERRACE ESTATES, INC.**
**TIME SHEETS**

### NOVEMBER

| Date | Time | Activity |
|---|---|---|
| 1-Nov | - | - |
| 2-Nov | - | - |
| 3-Nov | 0.50 | Call with B Guy, D Stewart |
|  | 0.20 | Email |
|  | 0.30 | Email |
| 4-Nov | 0.70 | Weekly call |
|  | 0.40 | Call with E Merrigan |
|  | 0.20 | Email |
|  | 0.60 | Review of Ziegler credit report |
| 5-Nov | 0.30 | Call with B Guy |
|  | 0.30 | Call with B Guy |
|  | 0.10 | Call with E Merrigan |
|  | 0.10 | Call with R Major |
|  | 0.10 | Call with B Guy, E Merrigan, M Alley |
|  | 0.30 | Email re bondholder call |
| 6-Nov | 0.20 | Call with R Major |
|  | 0.10 | Call and email with M Schmidt |
|  | 0.30 | Redrafting bondholder notice |
|  | 0.20 | Email |
| 7-Nov | 0.10 | Call with B Guy |
| 8-Nov | - | - |
| 9-Nov | 0.30 | Updating weekly cash forecast |
|  | 0.30 | Email |
|  | 0.50 | Researching operator-assisted conf calls |
| 10-Nov | 0.20 | Calls re bondholder call |
|  | 0.30 | Email |
| 11-Nov | 0.90 | Weekly call |
|  | 0.20 | Call with N Melching |
|  | 0.20 | Email |
| 12-Nov | 0.60 | October invoice |
| 0-Jan | 0.20 | Review and email |
| 13-Nov | 2.50 | Calls with FBT, D Stewart, bondholders |
|  | 0.10 | Call with D Stewart |
|  | 0.30 | Review of fee applicaton |
| 14-Nov | 0.20 | Email |
| 15-Nov | 0.20 | Email |
| 16-Nov | - | - |
| 17-Nov | - | - |
| 18-Nov | 0.20 | Calls with B Guy |
|  | 0.30 | Email |
| 19-Nov | 0.60 | Weekly call |
|  | 0.30 | Call with D Stewart |

**RIVER TERRACE ESTATES, INC.**
**TIME SHEETS**

**NOVEMBER**

| Date | Time | Activity |
|---|---|---|
|  | 0.30 | Updating weekly cash forecast |
| 20-Nov | - | - |
| 21-Nov | 0.20 | Earching EMMA |
|  | 0.20 | Email |
| 22-Nov | - | - |
| 23-Nov | - | - |
| 24-Nov | 0.20 | Email |
| 25-Nov | 0.90 | Weekly call |
|  | 0.50 | Updating weekly forecast |
|  | 0.30 | Updating variance report and email |
|  | 0.30 | Review of monthly report |
|  | 0.20 | Email |
| 26-Nov | 0.20 | Email |
|  | 0.10 | Calls with B Guy |
| 27-Nov | - | - |
|  | 0.50 | Analysis and email re voting par |
| 29-Nov | - | - |
| 30-Nov | - | - |
| **NOVEMBER TOTAL** | **17.30** | - |