**EXHIBIT A-2**

# NORTH SHORES CONSULTING INC.

# INVOICE

282 E. Sycamore Street
Columbus, OH  43206
Phone 443.745.0687  Email  tbrod@northshoresconsulting.com

INVOICE #12-14
DATE: DECEMBER 31, 2014

**TO:**
Mr. David Stewart
Foundation for Health Care Continuums
2517 Myers Park Court
Brentwood, TN  37027

For: River Terrace Estates

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| For services provided in December 2014 in connection with RTE's Chapter 11 filing on July 22, 2014 | 8.15 | $350/hr. | $2,852.50 |
| | | TOTAL | $2,852.50 |

Make all checks payable to North Shores Consulting Inc.

**Thank you for your business!**

**RIVER TERRACE ESTATES, INC.**
**TIME SHEETS**

**DECEMBER**

| Date | Time | Activity |
|---|---|---|
| 1-Dec | 0.50 | Calls with B Guy |
| 2-Dec | 0.90 | Weekly call |
|  | 0.20 | Call with B Guy |
|  | 0.40 | Call with B Guy |
|  | 0.20 | Email |
|  | 0.30 | Email |
|  | 0.30 | Correcting fee app |
| 3-Dec | 0.70 | Updating weekly report |
|  | 0.30 | Email |
| 4-Dec | 0.20 | Email |
|  | 0.30 | Email, monthly report, variance report |
| 5-Dec | 0.20 | Email |
| 6-Dec | - |  |
| 7-Dec | - |  |
| 8-Dec | 0.20 | Voice mail and email |
| 9-Dec | 1.10 | Weekly call |
| 10-Dec | - |  |
| 11-Dec | 0.20 | Email |
| 12-Dec | 0.20 | Email |
| 13-Dec | - |  |
| 14-Dec | - |  |
| 15-Dec | 0.25 | Review of November monthly report |
|  | 0.50 | Preparation of variance report |
|  | 0.30 | Email |
| 16-Dec | 0.20 | Weekly call |
|  | 0.20 | Email |
| 17-Dec | 0.20 | Calls with B Guy, D Stewart |
|  | 0.20 | Email |
| 18-Dec | - |  |
| 19-Dec | - |  |
| 20-Dec | - |  |
| 21-Dec | - |  |
| 22-Dec | - |  |
| 23-Dec | - |  |
| 24-Dec | - |  |
| 25-Dec | - |  |
| 26-Dec | - |  |
| 27-Dec | - |  |
| 28-Dec | - |  |
| 29-Dec | 0.10 | Email and calls |
| 30-Dec | - |  |
| 31-Dec | - |  |
| *DEC TOTAL* | 8.15 |  |