**EXHIBIT A-3**

# NORTH SHORES CONSULTING INC.

# INVOICE

282 E. Sycamore Street
Columbus, OH  43206
Phone 443.745.0687  Email  tbrod@northshoresconsulting.com

INVOICE #1-15
DATE:  JANUARY 31, 2014

**TO:**  For: River Terrace Estates
Mr. David Stewart
Foundation for Health Care Continuums
2517 Myers Park Court
Brentwood, TN  37027

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| For services provided in January 2015 in connection with RTE's Chapter 11 filing on July 22, 2014 | 7.20 | $350/hr. | $2,520.00 |
|  |  | TOTAL | $2,520.00 |

Make all checks payable to North Shores Consulting Inc.

**Thank you for your business!**

RIVER TERRACE ESTATES, INC.
TIME SHEETS

### JANUARY

| Date | Time | Activity |
|---|---|---|
| 1-Jan | | |
| 2-Jan | | |
| 3-Jan | | |
| 4-Jan | 0.50 | Updating weekly cash forecast |
| 5-Jan | 0.20 | Email |
| 6-Jan | 0.20 | Email |
| 7-Jan | | |
| 8-Jan | | |
| 9-Jan | | |
| 10-Jan | | |
| 11-Jan | | |
| 12-Jan | | |
| 13-Jan | 1.00 | Call with B Guy, D Stewart |
| 14-Jan | | |
| 15-Jan | 1.00 | Call with B Guy, D StewarT |
| 16-Jan | | |
| 17-Jan | | |
| 18-Jan | | |
| 19-Jan | 1.50 | Creation of January 2015 budget and related weekly reports |
| 20-Jan | | |
| 21-Jan | 0.40 | Review of weekly forecast and email |
| 22-Jan | | |
| 23-Jan | 0.30 | Email of MOP, weekly forecast |
| 24-Jan | 0.40 | Update of weekly forecast |
| 25-Jan | | |
| 26-Jan | 0.20 | Email |
| 27-Jan | 0.50 | Update to weekly forecast |
| 28-Jan | 0.30 | Calls with B Guy |
| | 0.50 | Update to weekly variance reports and email |
| 29-Jan | 0.10 | Call with D Stewart |
| | 0.10 | Call with B Guy |
| 30-Jan | | |
| 31-Jan | | |
| **JAN TOTALS** | 7.20 | |