**EXHIBIT B**

**NORTH SHORES CONSULTING INC.**                                   **INVOICE**

282 E. Sycamore Street
Columbus, Ohio  43206                                              INVOICE #7A-14 - Prepetition
Phone:  443.745.0687  Email:  tbrod@northshoresconsulting.com                        DATE:  JULY 21, 2014

**TO:**                                    For: River Terrace Estates
Mr. David Stewart
Foundation for Health Care Continuums
2517 Myers Park Court
Brentwood, TN  37027

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| For services provided July 1 - 21 2014 in connection with a possible refinancing and restructuring of River Terrace Estates Series 2001 Bonds | 50.25 | $350/hr. | $17,587.50 |
| Less payment received prepetition (7/21/14) | | | - $11,462.50 |
| | | TOTAL | $6,125.00 |

Make all checks payable to North Shores Consulting Inc.

**Thank you for your business!**

**RIVER TERRACE ESTATES, INC.**
**TIME SHEETS**

**JULY PRE-PETITION**

| Date | Time | Activity |
|---|---|---|
| 1-Jul | 1.50 | Weekly call |
| | 1.00 | Financial analysis |
| | 0.25 | Email |
| 2-Jul | 0.50 | Review of financial model and email |
| 3-Jul | 0.75 | Call with D Stewart, B Guy, R Gold |
| 7-Jul | 0.25 | Email |
| 8-Jul | 0.25 | Call with B Guy and potential DIP lender |
| | 1.00 | Call with D Stewart, B Guy |
| | 0.25 | Call with B Guy |
| | 0.75 | Redrafting press release |
| | 1.50 | Drafting valuation analysis |
| 9-Jul | 1.00 | Call with D Stewart, B Guy |
| | 0.50 | Prep for call |
| | 0.25 | Email |
| 10-Jul | 0.50 | Call with B Guy |
| | 0.75 | Call with RTE |
| | 0.75 | Call with D Stewart |
| | 0.50 | Press release |
| | 0.50 | Resident letters |
| | 0.25 | Email |
| 11-Jul | 0.25 | Email |
| | 0.25 | Call with B Guy |
| | 1.25 | Call with D Stewart, B Guy |
| | 1.50 | Review of plan |
| 14-Jul | 0.25 | Call with D Stewart, B Guy |
| | 0.50 | Review of disclosure statement |
| | 0.25 | Review of weekly cash flow |
| 15-Jul | 1.00 | Call with D Stewart, B Guy |
| | 0.25 | Call with D Stewart |
| | 0.50 | Review of weekly cash forecast and email |
| | 1.50 | Prep for PFS and debt service schedules in filing documents |
| | 0.25 | Email |
| 16-Jul | 0.25 | Call with D Stewart |
| | 1.00 | Press release and email |
| | 4.50 | Review of Disclosure statement |
| | 1.00 | PFS |
| 17-Jul | 1.75 | Call with D Stewart, B Guy, R White |
| | 0.25 | Calls to RTE |
| | 1.50 | Review of Disclosure statement and Plan |
| | 4.00 | PFS and Narrative |
| 18-Jul | 0.25 | Call with B Guy |
| | 0.50 | Calls with M Barber |
| | 0.50 | Call with M Barber, J Knox, D Stewart |

**RIVER TERRACE ESTATES, INC.**
**TIME SHEETS**

**JULY PRE-PETITION**

| Date | Time | Activity |
|---|---|---|
|  | 0.25 | Call with D Stewart |
|  | 4.75 | PFS and narrative; filing documents |
| 19-Jul | 1.50 | PFS and Narrative |
| 20-Jul | 0.75 | PFS and Narrative |
|  | 0.75 | PFS |
| 21-Jul | 1.75 | Review and revision of filing doc's |
|  | 0.25 | Call with B Guy |
|  | 0.25 | Call with D Stewart |
|  | 0.50 | Call with B Guy |
|  | 2.00 | Review and revision of filing doc's |
|  | 1.00 | Review of appraisal |
|  | 0.25 | Email PFS, narrative, valuation analysis |
| **JULY PRE-PETITION TOTAL** | **50.25** |  |